Frehiwot JEMANEH, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–1529.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2006.

Decided: June 9, 2006.

Allan Ebert, Law Offices of Allan Ebert, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Larry P. Cote, United States Department of Justice, Washington, D.C., for Respondent.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frehiwot Jemaneh, a native and citizen of Ethiopia, seeks review of an order of the Board of Immigration Appeals (Board) denying her motion to reopen. We have reviewed the administrative record and conclude that the denial of the motion to reopen was not an abuse of discretion. *See INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992). Moreover, we find Jemaneh's contention that the Board violated her right to due process in denying reopening to be without merit. *See Obioha v. Gonzales,* 431 F.3d 400, 409 (4th Cir.2005).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*